1   Neal R. Marder (SBN: 126879)
    nmarder@winston.com
2   Stephen R. Smerek (SBN: 208343)
    ssmerek@winston.com
3   Christian E. Dodd (SBN: 235251)
    cdodd@winston.com
4   WINSTON & STRAWN LLP
    333 South Grand Avenue
5   Los Angeles, CA 90071
    Telephone:   (213) 615-1700
6   Facsimile:   (213) 615-1750

7   James J. Gallagher (SBN: 91238)
    jgallagher@mckennalong.com
8   Gail D. Zirkelbach (SBN: 181405)
    gzirkelbach@mckennalong.com
9   MCKENNA LONG & ALDRIDGE LLP
    300 South Grand Avenue
10  14th Floor
    Los Angeles, CA 90071
11  Telephone:   (213) 688-1000
    Facsimile:   (213) 243-6330

12
    Attorneys for Defendant,
13  THE BOEING COMPANY

14              **UNITED STATES DISTRICT COURT**

15            **CENTRAL DISTRICT OF CALIFORNIA**

16

17  UNITED STATES OF AMERICA,            CASE NO.  CV 08-05720 DSF (MNx)

18              Plaintiff,               **NOTICE OF MOTION AND
                                         MOTION FOR SUMMARY
19          v.                           JUDGMENT OF DEFENDANT THE
                                         BOEING COMPANY**
20  THE BOEING COMPANY,
                                         **Date:**  August 30, 2010
21              Defendant.               **Time:**  1:30 pm
                                         **Courtroom:**  840
22                                       **Judge:**  Hon. Dale S. Fischer

23

24

25

26

27

28

cKENNA LONG &
ALDRIDGE LLP
TTORNEYS AT LAW
LOS ANGELES

NOTICE OF MOTION AND MOTION FOR SUMMARY JUDGMENT OF DEFENDANT THE BOEING COMPANY

1      Pursuant to Rule 56 of the Federal Rules of Civil Procedure, Defendant, The

2  Boeing Company ("Boeing"), respectfully moves for summary judgment on the

3  Claims for Relief set forth in the Government's Second Amended Complaint (the

4  "Complaint") on the grounds that there are no genuine issues of material fact and

5  that Boeing is entitled to judgment as a matter of law.  Boeing respectfully refers

6  the Court to the attached Memorandum of Points and Authorities in Support of

7  Motion for Summary Judgment of Defendant The Boeing Company (the

8  "Memorandum") and, pursuant to Local Rule 56-1 and § 8(c) of this Court's

9  Standing Order for Cases Assigned to Judge Dale S. Fischer, Boeing's Statement of

10  Uncontroverted Facts and Conclusions of Law in Support of Motion For Summary

11  Judgment of Defendant The Boeing Company ("Statement of Uncontroverted Facts

12  and Conclusions of Law").

13      The government has brought this case under the civil False Claims Act

14  ("FCA"), 31 U.S.C. §§ 3729-3733, predicated on Boeing's alleged violation of the

15  Truth In Negotiations Act ("TINA"), 10 U.S.C. § 2306a.  The government asserts

16  that Boeing violated the FCA by failing to disclose in connection with the

17  negotiation of Contract No. F33657-98-C-2000 (the "Contract") certain so-called

18  "cost or pricing data," which data must be disclosed during negotiations of

19  contracts subject to TINA.  The government argues that as a result of this alleged

20  nondisclosure, Boeing's Certificate of Current Cost or Pricing Data (the

21  "Certificate") was a false statement that caused false claims to be submitted to the

22  government.  Complaint ¶¶ 30, 35-37.  The government further argues that all of

23  Boeing's "invoices and progress payment requests" on the Contract were false

24  claims because they reflected a falsely inflated Contract price that resulted from this

25  alleged nondisclosure.  Complaint ¶¶ 28, 29.

26      As established in the Memorandum, however, the government's contentions

27  are meritless.  No data existed at Boeing as of the date of the Certificate that

28  significantly would have affected the price that the parties negotiated for the

- 1 -

NOTICE OF MOTION AND MOTION FOR SUMMARY JUDGMENT OF DEFENDANT THE BOEING COMPANY

1  Contract and Boeing, therefore, did not fail to disclose cost or pricing data.

2  Moreover, even if undisclosed cost or pricing data had existed, Boeing's Certificate

3  was not knowingly false under the FCA because Boeing reasonably believed that

4  Boeing had disclosed all relevant data and that the Air Force did not consider any

5  undisclosed data to be significant to the negotiation of the Contract price.  In

6  addition, none of Boeing's Contract invoices or progress payment requests were

7  false claims under the FCA, and Boeing did not fraudulently induce the Air Force

8  to enter into the Contract or to exercise the Contract options.

9      WHEREFORE, for the reasons set forth in the attached supporting

10  Memorandum and Statement of Uncontroverted Facts and Conclusions of Law,

11  Boeing respectfully requests that the Court grant Boeing's Motion for Summary

12  Judgment and dismiss this case in its entirety.

13

14  Respectfully submitted,

15  Dated:    June 28, 2010    WINSTON & STRAWN LLP
Neal R. Marder
Stephen R. Smerek
16  Christian E. Dodd

17  MCKENNA LONG & ALDRIDGE LLP
James J. Gallagher
18  Gail D. Zirkelbach

19

20  By:  /s/ Neal R. Marder
Neal R. Marder

21  By:  /s/ James J. Gallagher
James J. Gallagher
22

23  Attorneys for Defendant
THE BOEING COMPANY

24

25

26

27

28

cKenna Long & Aldridge LLP
ttorneys at Law
Los Angeles

NOTICE OF MOTION AND MOTION FOR SUMMARY JUDGMENT OF DEFENDANT THE BOEING COMPANY

**PROOF OF SERVICE**

I hereby certify that on June 28, 2010, I electronically filed **NOTICE OF MOTION AND MOTION FOR SUMMARY JUDGMENT OF DEFENDANT THE BOEING COMPANY; [PROPOSED] JUDGMENT GRANTING MOTION FOR SUMMARY JUDGMENT OF DEFENDANT THE BOEING COMPANY; AND [PROPOSED] ORDER GRANTING MOTION FOR SUMMARY JUDGMENT OF DEFENDANT THE BOEING COMPANY** with the clerk of court by using the CM/ECF system, which will send a notice of electronic filing to the following:

Lisa A. Palombo, Esq.                          Cathy Ostiller
Assistant United States Attorney               Assistant United States Attorney
Room 7516, Federal Building                    Room 7516, Federal Building
300 North Los Angeles Street                   300 North Los Angeles Street
Los Angeles, CA  90012                         Los Angeles, CA  90012
Phone:  (213) 894-4042                         Email:    cathy.ostiller@usdoj.gov
Fax:  (213) 894-2380
Email:  lisa.palombo@usdoj.gov


Howard F. Daniels, Esq.
Assistant United States Attorney
Room 7516, Federal Building
300 North Los Angeles Street
Los Angeles, CA  90012
Email:  howard.daniels@usdoj.gov


I declare that I am employed in the office of a member of the bar of this court whose direction the service was made.

Executed on June 28, 2010, at Los Angeles, California.

/s/  Elizabeth Adelakun
Elizabeth Adelakun

McKenna Long & Aldridge LLP
Attorneys At Law
Los Angeles

NOTICE OF MOTION AND MOTION FOR SUMMARY JUDGMENT OF DEFENDANT THE BOEING COMPANY