ANDRÉ BIROTTE JR.
United States Attorney
LEON W. WEIDMAN
Chief, Civil Division
GARY PLESSMAN
Chief, Civil Fraud Section
LISA A. PALOMBO (SBN 169119)
Assistant United States Attorneys
     Room 7516, Federal Building
     300 North Los Angeles Street
     Los Angeles, California 90012
     Telephone:  (213) 894-4042
     Facsimile:   (213) 894-2380
     email: lisa.palombo@usdoj.gov
Attorneys for Plaintiff
United States of America

NEAL R. MARDER (SBN 126879)
nmarder@winston.com
WINSTON & STRAWN LLP
333 South Grand Avenue
Los Angeles, CA 90071-1543
Telephone: 213-615-1700
Facsimile:  213-615-1750

Attorneys for Defendant
THE BOEING COMPANY

JS 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> THE BOEING COMPANY, <br><br> Defendant. | NO.  CV08-05720 DSF  (MANx) <br><br> **ORDER RE:  DISMISSAL OF ACTION WITH PREJUDICE** <br><br> Hon. Dale S. Fischer <br><br> Action Filed:        September 2, 2008 <br> Trial Date:   To be determined <br><br> **STIPULATION FOR DISMISSAL OF ACTION WITH PREJUDICE FILED CONCURRENTLY HEREWITH]** |

# ORDER

For good and cause shown, IT IS HEREBY ORDERED THAT:

1. The above-captioned action is DISMISSED with prejudice in accordance with the parties' settlement agreement.

2. The Court shall retain jurisdiction to enforce the terms of the parties' settlement agreement.

IT IS SO ORDERED this 1st day of November, 2010.

_____
United States District Judge

Respectfully presented by:

ANDRÉ BIROTTE JR.
United States Attorney


\_\_\_\_/s/_____
LISA A. PALOMBO
Assistant United States Attorney
Attorneys for the United States of America

WINSTON & STRAWN LLP


\_\_\_\_/s/_____
NEAL R. MARDER
Attorney for Defendant
The Boeing Company